AO440 (rev. 02/09) Summons in a Civil Action
===============================================================================

# UNITED STATES DISTRICT COURT
for the

_____Western_____ DISTRICT OF _____Texas_____

United States of America )
       Plaintiff, )
) **SA12CA0727 OG**
v. )
) CIVIL ACTION NO.
)
Jack Abramson, OD )
       Defendant. )

## SUMMONS IN A CIVIL ACTION

TO:      Jack Abramson, OD
            5555 De Zevala Rd
            San Antonio, TX 78249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        KRISTY K. CALLAHAN
        Assistant United States Attorney
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JUL 2 6 2012
_____     _____
Date                            *Signature of Clerk or Deputy Clerk*

USAO NO. 2012A53853